**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. **8 : 26 cr . 068** |
| **Plaintiff,** | |
| **vs.** | **JUDGE** **MICHAEL J. NEWMAN** |
| **ELIAS WEST,** | **INDICTMENT** |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| **Defendant.** | 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(viii) |
| | 21 U.S.C. § 843(b) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### [Conspiracy to Possess with Intent to Distribute Methamphetamine]

Beginning on an exact date unknown, but at least by on or about December 2023 and continuing up to and through on or about February 22, 2024, in the Southern District of Ohio, and elsewhere, defendant **ELIAS WEST**, and others known and unknown to the grand jury, knowingly and intentionally conspired to knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)(viii).

## COUNTS 2 THROUGH 3
### [Use of Communication Facility in Causing or Facilitating the Commission of Felonies Under the Controlled Substances Act]

On or about the dates below, in the Southern District of Ohio, defendant **ELIAS WEST** knowingly and intentionally used a communication facility – namely, a cellular telephone – in facilitating the commission of any act or acts constituting a felony under Title 21 of the United

States Code – namely, knowingly and intentionally possessing with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), each use consisting of a separate count identified below:

| COUNT | DATE |
|---|---|
| TWO | January 5, 2024 |
| THREE | February 4, 2024 |

All in violation of Title 21, United States Code, Section 843(b).

**COUNT 4**
**[Felon in Possession of a Firearm]**

On or about February 22, 2024, in the Southern District of Ohio, defendant **ELIAS WEST**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

A TRUE BILL

FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**RYAN A. SAUNDERS**
**Assistant United States Attorney**

2