UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA,**                            Case No. **3:26-cr-68**

              Plaintiff,                    )
                             )
                             )
         v.                           )     **MOTION FOR PROTECTIVE ORDER**

**ELIAS WEST,**

              Defendant.

---

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States hereby moves for the entry of a Protective Order that would govern **ELIAS WEST** and his counsel, in the handling of certain materials produced to them via discovery by the United States. The United States intends to produce[1], among other things, (1) Wiretap Materials to include all wire and electronic communication records and transcripts obtained pursuant to a Title III Wire and Electronic Communication Order as well as all court filings associated with the Order. Based on concerns regarding privacy rights, the United States respectfully requests that the defense be ordered as follows:

1.     Defense counsel and **ELIAS WEST** will not disclose any information contained in the Materials directly or indirectly to any third person except: attorneys and investigators who are directly assisting in **ELIAS WEST's** defense; United States citizens who the defense interviews as potential witnesses; and potential expert witnesses and consultants ("Authorized Individuals"). Upon disclosing information contained in the Materials to an Authorized Individual(s), defense counsel and **ELIAS WEST** must provide said Authorized Individual(s) with a copy of the Court's

---

[1] When producing these Protected Materials, the United States will clearly mark the specific items which will be subject to the Protective Order.

1

Protective Order and advise said Authorized Individual(s) that he or she will be subject to the same obligations as imposed upon defense counsel and **ELIAS WEST** by the Protective Order.

2. Defense counsel shall not copy or reproduce the Materials unless copied or reproduced for the express use by an Authorized Individual(s) who is assisting in the defense, and in that event, the copies or reproductions should be treated in the same manner as the original Materials. Defense counsel shall maintain a log of any and all copies or reproductions made of the Materials and to whom they were distributed.

3. Although defense counsel may permit **ELIAS WEST** to review the Materials in a pre-trial detention facility, it must be accomplished under defense counsel's personal observation and supervision. **ELIAS WEST** may not remove from the custody and control of his counsel or retain the Materials, or copies or reproductions of the Materials, regardless of format, including, but not limited, personal notes reflecting content of the Materials.

4. Defense counsel and **ELIAS WEST** may only use the Materials solely for preparing the defense of this case and for no other purpose.

5. At the conclusion of this case, defense counsel shall return all of the Materials and copies or reproductions and log sheets thereof forthwith to the United States Attorney's Office.

6. Defense counsel shall inform his client of these restrictions, and further ensure that no unauthorized disclosure of any information contained in the Materials occurs in violation of the Protective Order. However, nothing contained in the Protective Order will preclude any party from applying to the Court for further relief or for modification of any provision hereof.

7. Counsel for the United States is authorized to inform the Court that defense counsel does not object to this Motion for Protective Order.

WHEREFORE, the United States respectfully requests the entry of a Protective Order containing the terms described above.

2

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney


s/Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney
Attorney for Plaintiff
Federal Building
200 West Second Street, Suite 600
Dayton, Ohio 45402
(937) 225-2910
Fax: (937) 225-2564
Ryan.saunders2@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached Motion was electronically filed and served upon defense counsel of record via the CM/ECF system on the same day a filing.

s/Ryan A. Saunders
RYAN A. SAUNDERS
Assistant United States Attorney

3